UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LAURA BAIRD                                              CIVIL ACTION NO.:

VERSUS                                                   2:21-cv-266

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON


PLAINTIFF'S MOTION FOR LEAVE OF COURT FOR J. PRICE MCNAMARA TO
REPRESENT PLAINTIFF ALONE WITHOUT ENROLLING LOCAL CO-COUNSEL
OF RECORD FOR PLAINTIFF


NOW INTO COURT, through undersigned counsel come Plaintiff, LAURA

BAIRD and her attorney, J. Price McNamara (collectively "Movers"), who respectfully

aver:

1.      J. Price McNamara is admitted to practice in the Federal District Court for the

Northern District of Texas, and is a member in good standing of the Texas and

Louisiana State Bars, but does not meet the definition of "local counsel" under Local

Rule 83.10, and therefore requires either leave of court or the addition of local

counsel as co-counsel of record under that rule, as his principal office is located in

Baton Rouge, Louisiana.

2.      Movers respectfully aver that this is an ERISA action for long-term disability

benefits, that J. Price McNamara exclusively practices ERISA law, that he routinely

represents Plaintiffs in ERISA cases to conclusion in all Texas and Louisiana federal

district courts, that the addition of local co-counsel of record for Plaintiff will result

in unnecessary additional cost for Plaintiff, and that J. Price McNamara will be able to represent Plaintiff alone in this proceeding without detracting from judicial efficiency.

**WHEREFORE**, Movers respectfully request that J. Price McNamara be granted leave of court to represent Plaintiff before this Honorable Court alone without enrolling local co-counsel of record for Plaintiff.

Respectfully jointly submitted,

s/J. Price McNamara

_____

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

_____/s/ J. Price McNamara_____
J. Price McNamara