**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

**LAURA BAIRD**                                    **CIVIL ACTION NO.:**

**VERSUS**                                         **2:21-cv-266**

**LINCOLN LIFE ASSURANCE COMPANY**
**OF BOSTON**

## ORDER

Considering the foregoing Unopposed Plaintiff's Motion for Leave of Court for J. Price McNamara to Represent Plaintiff Alone Without Enrolling Local Co-Counsel of Record for Plaintiff;

**IT IS ORDERED** that leave is hereby granted for J. Price McNamara to represent Plaintiff in this matter alone without enrolling local co-counsel of record for Plaintiff.

This _____ day of _____, 20____.

_____
JUDGE