UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LAURA BAIRD

                                                      CIVIL ACTION NO

VS.                                             2:21-cv-266

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON

## PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

      **NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **LAURA BAIRD**,

who submits the following list of parties with financial interest in this proceeding:

      1.      Laura Baird, Plaintiff herein;

      2.      Liberty Life Assurance Company of Boston, Defendant herein;

      3.      J. Price McNamara

                          Respectfully Submitted,

                            s/J. Price McNamara

                         _____

                         **J. PRICE McNAMARA**
                         Bar Nos: LA 20291 & TX 24084626
                         10455 Jefferson Highway, Ste. 2B
                         Baton Rouge, LA 70809
                         Telephone: 225-201-8311
                         Facsimile: 225-201-8313
                         price@jpricemcnamara.com
                         Attorney for Complainant