IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB -7 2022

CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | | |
|---|---|---|
| LAURA BAIRD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  2:21-CV-266-Z |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | **Referred to U.S. Magistrate Judge** |

## STANDING ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b) and Rule 2(c) of Miscellaneous Order No. 6 of this District, this action is hereby REFERRED to U.S. Magistrate Judge Reno for pretrial management. All non-dispositive motions, except motions relevant to expert witnesses, are referred to the Magistrate Judge for determination. All other pretrial matters, including scheduling and alternative dispute resolution, are referred to the Magistrate Judge for appropriate action consistent with applicable law. Magistrate Judge Reno is to notify the court when the case is ready for a trial setting.

The parties are instructed that they are not to submit paper copies of pleadings or motions to either District Judge or Magistrate Judge chambers, unless otherwise instructed to do so by one of those chambers.

**SO ORDERED.**

February __7__, 2022

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE