

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LAURA BAIRD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-266-Z-BR |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Proceed Without Local Counsel ("Motion") (ECF No. 2) filed on December 28, 2021.

Northern District of Texas Local Rule 83.10(a) requires local counsel "in all cases where an attorney appearing in a case does not reside or maintain the attorney's principal office in this district." Plaintiff asks the Court to exempt her from the local-counsel requirement in this ERISA action because her attorney "exclusively practices ERISA law" and "the addition of local co-counsel . . . will result in unnecessary additional cost." ECF No. 2 at 1–2. If excess cost were sufficient reason bypass Local Rule 83.10(a), then nearly every party before this Court could forgo the local counsel. Plaintiff's lead counsel maintains his principal office in Baton Rouge, Louisiana, which is not in this district. Because Plaintiff has not stated a sufficient reason to proceed without local counsel, the Court **DENIES** the Motion and **ORDERS** Plaintiff to obtain local counsel.

**SO ORDERED.**

February _8_, 2022.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE