**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

LAURA BAIRD

VS.

LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON

CIVIL ACTION NO.:

2:21-cv-266

**NOTICE OF APPEARANCE OF LOCAL COUNSEL**

**NOW INTO COURT**, come the undersigned counsel of record, J Price McNamara, Esq., and local counsel, John Thomas Boyd Jr., Esq., who respectfully aver:

1.  Plaintiff filed the instant action on December 28, 2021 (Doc. 1), represented by J Price McNamara, along with a Motion for Leave for Counsel to Represent Plaintiff Without Local Counsel (Doc. 2).

2.  The Court denied Plaintiff's motion and ordered the filing of a Notice of Appearance of Local Counsel satisfying the requirements of Local Rule 83.10(a) on or before March 01, 2022 (Doc. 9).

3.  The undersigned counsel, John Thomas Boyd Jr., Esq., is a member in good standing of this Court and maintains his principal office at 600 South Tyler Street, Suite 1810, Amarillo, TX, 79101, within the Northern District of Texas, and within 50 miles of the Amarillo Division, and will serve the Duties of Local Counsel for Plaintiff for purposes of Local Rule 83.10(a).

Respectfully jointly submitted,

*s/J. Price McNamara*

_____

**J. PRICE McNAMARA**
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-201-8313
price@jpricemcnamara.com
Attorney for Complainant

*s/John Thomas Boyd Jr.*

_____

**JOHN THOMAS BOYD JR.**
TX Bar No.: 02772300
WHITE, HANNA & BOYD, PLLC
600 South Tyler Street, Suite 1810
Amarillo, Texas 79101
Telephone:  806-379-6416
Facsimile:   806-379-8504
tom@whblaw.org
Attorney for Complainant

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

_____*/s/ J. Price McNamara*_____
**J. PRICE MCNAMARA**