IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO

LAURA BAIRD,                          §
                                      §
     Plaintiff,                       §
                                      §
v.                                    §        2:21-CV-266-Z-BR
                                      §
LINCOLN LIFE ASSURANCE                §
COMPANY OF BOSTON,                    §
                                      §
     Defendant.                       §

## ORDER VACATING RULE 16 SCHEDULING CONFERENCE

The Court's Order to Submit Joint Proposed Scheduling Order and Setting Video Rule 16 Scheduling Conference (ECF No. 14) set a Rule 16 Scheduling Conference in this matter for March 22, 2022, at 1:30 p.m. A conflict outside of the Court's control arose after the conference was set, which requires the conference be vacated. The Court has sufficient information based on the recently filed Joint Status Report and Proposed Scheduling Order (ECF No. 15) to enter a scheduling order in the case. If, after such order is entered, the parties wish to have a conference with the Court, they may file a motion requesting such conference.

IT IS SO ORDERED.

ENTERED March 22, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE