## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **LAURA BAIRD,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:21CV00266-Z-BR** |
| **LINCOLN LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Laura Baird and Defendant Lincoln Life Assurance Company of Boston hereby give notice that this case has settled. The parties are working on finalizing settlement documents at this time. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 8th day of July 2022.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
      Iwana Rademaekers, Esq.
      Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**AND**

/s/ J. Price McNamara
J. Price McNamara
Bar Nos: LA 20291 & TX 24084626
10455 Jefferson Highway, Ste. 2B
Baton Rouge, LA 70809
Telephone: 225-201-8311
Facsimile: 225-612-6973
Email:  price@jpricemcnamara.com

And

s/John Thomas Boyd Jr.
JOHN THOMAS BOYD JR.
TX Bar No.: 02772300
WHITE, HANNA & BOYD, PLLC
600 South Tyler Street, Suite 1810
Amarillo, Texas 79101
Telephone: 806-379-6416
Facsimile: 806-379-8504
Email:  tom@whblaw.org

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

John Price McNamara
Email:  price@jpricemcnamara.com

John Thomas Boyd, Jr
Email:  tom@whblaw.org

July 8, 2022                              /s/ Iwana Rademaekers
Date                                        Iwana Rademaekers

**2**