IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO

| | | |
|---|---|---|
| LAURA BAIRD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-266-Z-BR |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On July 8, 2022, Defendant filed a Notice of Settlement, advising the Court that the parties have reached a settlement of the action. (ECF 18). The parties shall file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on or before **August 10, 2022**.

IT IS SO ORDERED.

ENTERED July 11, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE