IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO

| | | |
|---|---|---|
| LAURA BAIRD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:21-CV-266-Z-BR |
| | § | |
| LINCOLN LIFE ASSURANCE | § | |
| COMPANY OF BOSTON, | § | |
| | § | |
| Defendant. | § | |

## SECOND ORDER TO FILE JOINT STIPULATION OF DISMISSAL

On July 8, 2022, Defendant filed a Notice of Settlement, advising the Court that the parties have reached a settlement of the action. (ECF 18). On July 11, 2022, the Court ordered the parties to file a Joint Stipulation of Dismissal in compliance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure on or before August 10, 2022. (ECF 19).

The parties are ordered to promptly comply with the Court's Order to File a Joint Stipulation of Dismissal (ECF 19), but are to file such Stipulation, or an advisory as to why such Stipulation cannot be filed, on or before **August 23, 2022**.

IT IS SO ORDERED.

ENTERED August 17, 2022.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE